IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERNEST ZACHARY ROGERS, by and through his mother and best friend, LATONIA ROGERS, </br></br>    Plaintiffs, </br></br> v. </br></br> Chicago Police Officer CECIL COOK, Unknown Number of Unnamed Security Guard Employees of School District 206, GLENN GIANNETTI, RON RAY, FRANK KUZNIEWSKI, JAN KIEDAISCH SCHOOL DISTRICT 206, </br></br>    Defendants. | Case No. 08 C 2270 </br></br> Judge Anderson |

### DEFENDANTS' UNCONTESTED MOTION FOR EXTENSION OF TIME

NOW COME Defendants, CECIL COOK, GLENN GIANNETTI, RON RAY, FRANK KUZNIEWSKI, JAN KIEDAISCH and SCHOOL DISTRICT 206, by and through their attorneys, HAUSER, IZZO, DeTELLA & PETRARCA, LLC, to present their Motion for Extension of Time to Answer or Otherwise Plead. In support of their motion, Defendants state as follows:

1.  The above Defendants were served with a waiver of summons which was executed on their behalf.

2.  Pursuant to Federal Rule of Civil Procedure Rule 4(d), Defendants were to submit an answer to the underlying complaint by June 24, 2008.

3.  Due to complications regarding the insurer of Defendants determining which counsel would represent their interests, Defendants were not appointed counsel until July 2, 2008.

1

4.      Defendants request an extension of time until July 17, 2008 in order to file a responsive pleading in this case.

5.      Defendant's counsel has spoken with Plaintiff's counsel and is informed and represents to the Court that Plaintiff's counsel has no objection to this motion.

6.      The purpose of this motion is not for delay.

WHEREFORE, Defendants pray that this Honorable Court grant their Motion for Extension of Time and provide them with any further relief that the Court deems just and equitable.

>                               Respectfully submitted,
>
>                               CECIL COOK, GLENN GIANNETTI
>                               RON RAY, FRANK KUZNIEWSKI, JAN
>                               KIEDAISCH and SCHOOL DISTRICT 206
>
>                       By:     /s/ William F. Gleason
>                               WILLIAM F. GLEASON

CHRISTOPHER L. PETRARCA
WILLIAM F. GLEASON
HAUSER, IZZO, DeTELLA & PETRARCA, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766

5G:\DISTRICTS\SD2\SD206C\Rogers\motion.extension.1.doc