IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST ZACHARY ROGERS, by and through his mother and best friend, LATONIA ROGERS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 2270 |
| Chicago Police Officer CECIL COOK, Unknown Number of Unnamed Security Guard Employees of School District 206, GLENN GIANNETTI, RON RAY, FRANK KUZNIEWSKI, JAN KIEDAISCH SCHOOL DISTRICT 206, | ) ) ) ) ) ) ) | Judge Anderson |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Meghan Gonnissen
      Ed Fox & Associates
      300 W. Adams, Suite 330
      Chicago, IL 60606

    PLEASE TAKE NOTICE that I shall present the attached Motion for Extension of Time at 9:00 a.m. or as soon thereafter as counsel may be heard on July 17, 2008 before the Hon. Judge Wayne Anderson or any other judge sitting in his stead in Room 1403 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois.

                                                          /s/ William F. Gleason
                                                          WILLIAM F. GLEASON

## **CERTIFICATE OF SERVICE**

  I, WILLIAM F. GLEASON, certify that a copy of this Notice and the document referred to therein was served upon the above listed party via email through the Case Management/Electronic Case Filing System in accordance with Local Rule 5.9 on July 8, 2008.

              /s/ William F. Gleason
              WILLIAM F. GLEASON

CHRISTOPHER L. PETRARCA
WILLIAM F. GLEASON
HAUSER, IZZO, DeTELLA & PETRARCA, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766

5G:\DISTRICTS\SD2\SD206C\Rogers\nom.cs.1.doc