# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ernest Zachery Rogers, et al.

                Plaintiff,

v.                                    Case No.: 1:08−cv−02270
                                          Honorable Martin C. Ashman

Cecil Cook, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendants' uncontested motion for extension of time to answer [14] or otherwise plead to plaintiffs complaint is granted to 7/31/2008. Motion hearing held on 7/17/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.