IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERNEST ZACHARY ROGERS, by and through his mother and best friend, LATONIA ROGERS, <br><br> Plaintiffs, <br><br> v. <br><br> Chicago Police Officer CECIL COOK, Unknown Number of Unnamed Security Guard Employees of School District 206, GLENN GIANNETTI, RON RAY, FRANK KUZNIEWSKI, JAN KIEDAISCH SCHOOL DISTRICT 206, <br><br> Defendants. | Case No. 08 C 2270 <br><br> Judge Andersen |

## MOTION FOR ORDER COMPELLING PRODUCTION OF EVIDENCE

NOW COME Defendants, CECIL COOK, GLENN GIANNETTI, RON RAY, FRANK KUZNIEWSKI, JAN KIEDAISCH and SCHOOL DISTRICT 206, by and through their attorneys, HAUSER, IZZO, DeTELLA & PETRARCA, LLC, to present their Motion for Order Compelling Production of Evidence. In support of the motion, Defendants state as follows:

1. The underlying complaint in this case involves an interaction between a student of the Defendant school district and its employees on February 7, 2008.

2. Defendants are in possession of videotape of the incident of February 7, 2008.

3. Defendants believe that the videotape is relevant and should be produced to Plaintiff in its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).

1

4.    However, the videotape contains information concerning students by which the students can be individually identified.  Accordingly, the videotape is a school student record as defined by the *Illinois School Student Records Act,* 105 ILCS 10/2(d).

5.    Defendants do not possess the technology to render the images of the other students on the tape unidentifiable.

6.    However, the student record may be disclosed pursuant to a court order.  105 ILCS 10/6(a)(5).

7.    Therefore, Defendants request that this Honorable Court enter an order which requires them to produce the videotape of the February 7, 2008 incident to the Plaintiffs.

8.    No prejudice or harm will be caused to the students who are identifiable by the entry of this order.

WHEREFORE, Defendants pray that this Honorable Court:

1.    Enter an order requiring the production of the videotapes in the possession of Defendants of the February 7, 2008 incident.

                                             Respectfully submitted,

                                             CECIL COOK, GLENN GIANNETTI
                                           RON RAY, FRANK KUZNIEWSKI, JAN
                                           KIEDAISCH and SCHOOL DISTRICT 206

                          By:    /s/ William F. Gleason
                                   WILLIAM F. GLEASON

CHRISTOPHER L. PETRARCA
WILLIAM F. GLEASON
HAUSER, IZZO, DeTELLA & PETRARCA, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766

5G:\DISTRICTS\SD2\SD206C\Rogers\motion.order.doc

2