IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERNEST ZACHARY ROGERS, by and through his mother and best friend, LATONIA ROGERS, <br><br> Plaintiffs, <br><br> v. <br><br> Chicago Police Officer CECIL COOK, Unknown Number of Unnamed Security Guard Employees of School District 206, GLENN GIANNETTI, RON RAY, FRANK KUZNIEWSKI, JAN KIEDAISCH SCHOOL DISTRICT 206, <br><br> Defendants. | Case No. 08 C 2270 <br><br> Judge Andersen |

## NOTICE OF MOTION

To: Meghan Gonnissen
Ed Fox & Associates
300 W. Adams, Suite 330
Chicago, IL 60606

    PLEASE TAKE NOTICE that I shall present the attached Motion to Dismiss at 9:00 a.m. or as soon thereafter as counsel may be heard on July 31, 2008 before the Hon. Judge Wayne Anderson or any other judge sitting in his stead in Room 1403 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois.

                                              /s/ William F. Gleason
                                              WILLIAM F. GLEASON

## **CERTIFICATE OF SERVICE**

      I, WILLIAM F. GLEASON, certify that a copy of this Notice and the document referred to therein was served upon the above listed party via email through the Case Management/Electronic Case Filing System in accordance with Local Rule 5.9 on July 25, 2008.

                                        /s/ William F. Gleason
                                        WILLIAM F. GLEASON

CHRISTOPHER L. PETRARCA
WILLIAM F. GLEASON
HAUSER, IZZO, DeTELLA & PETRARCA, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766
5G:\DISTRICTS\SD2\SD206C\Rogers\nom.cs.2.doc