UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ernest Zachery Rogers, et al.
                                                 Plaintiff,

v.                                                                Case No.: 1:08−cv−02270
                                                                  Honorable Martin C. Ashman

Cecil Cook, et al.
                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to compel production of evidence by the school student records act [18] is granted. Defendant's motion to dismiss is entered and briefed as follows [20]: Responses due by 8/22/2008. Replies due by 9/5/2008. Ruling will be made by mail. Motion hearing held on motion to compel [18].Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.