UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ernest Zachery Rogers, et al.

                  Plaintiff,

v.                                            Case No.: 1:08−cv−02270
                                                      Honorable Martin C. Ashman

Cecil Cook, et al.

                  Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: August 6, 2008

                                                                     /s/ Martin C. Ashman

                                                                    United States District Judge